**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

_____

TROY HAUERWAUS,

                                                CV 12-22-M-DLC-JCL

                   Plaintiff,

       vs.

                                             ORDER

ALLIED WASTE SERVICES
 OF NORTH AMERICA., LLC,
a Montana limited liability
company; ABC CORPORATION
1-10, and JOHN DOES, A-J

                   Defendants.

_____

The parties have filed a Stipulation for Dismissal with Prejudice.  Good

cause appearing,

IT IS ORDERED that the First Amended Complaint in the above-entitled

cause is dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear and pay all costs and

1

expenses heretofore incurred or to be incurred by them respectively in connection

with said action.

DATED this 20th day of September, 2012.

_____
Jeremiah C. Lynch
United States Magistrate Judge

2